David J. Davis
Name
H.C.F
P.o. Box 1568

Hutchinson, Ks. 67504
Address

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

David John Davis 93293, Plantiff
(Full Name)

V.

Officer Beardsley, Defendant (s)
Officer Hoffman, Officer Strange
Officer Michels

CASE NO. 22-3153-SAC
(To be supplied by the Clerk)

AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

A. JURISDICTION

1) David John Davis (Plaintiff), is a citizen of Kansas (State)

who presently resides at Hutchinson Correctional Facility (Mailing address or place P.O. Box 1568 Hutchinson, Ks. 67504. of confinement.)

2) Defendant Officer Beardsley (Name of first defendant) is a citizen of Hutchinson, Kansas (City, State), and is employed as H.C.F SST (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☒. If your answer is "Yes", briefly explain:

3) Defendant Officer Hoffman is a citizen of
(Name of second defendant)

Hutchinson, Kansas, and is employed as
(City, state)

H.C.F Officer. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☒. If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

on Back

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

Cruel and Unusual Punishment
Eighth Amendment Davis V. Tucker, 322 [5th Cir. 2009]

B. NATURE OF THE CASE

1) Briefly state the background of your case:

inmate Collins #99591 was threaten me calling me names "Chomo", "You're Just a child molesting piece of shit and you need to die", I have told officers about his threats and refuse to do anything to ~~[illegible]~~ him and i didn't feel safe and ignore my ~~[illegible]~~ Complain, Cause i'm a sex offender and they don't get protected, They Care about him and his protection, but what about mine, all 4 Officers escorting me to A'148 for no reason, because of Collins actions.

4) Defendant, Officer Strange
Hutchinson, Kansas
H.C.F Officer

Yes [ ] [X] No acting under the color of State Law.

5) Defendant, Officer Michels
Hutchinson, Kansas
H.C.F SST

Yes [ ] No [X] acting under the color of State Law

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Whitley V. Albers, 475 U.S. 312 (1986)

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): on April 5 2022 Officer Michelsnever escort, Officer Beardsley was infront of A3 106 to cuff me up, OIC R. Smith, Co Hoffman, Co Strange, behind Officer Beardsley, Officer Michels was on Left and escorted me to MRA A'148 for no reason when i Complain about Collins Actions Cause I'm a Sex offender.

B) (1) Count II: David V. Hill, 401 [S.D.Tex. 2005] under 28 USCS §1915A

(2) Supporting Facts: Hudson V. Mc Millian, 503 U.S. 1 [1992] Absent a showing of some "physical injury" however, a prisoner may not recover. for Mental or emotional injury under §1983. 42 U.S.C.A. § 1997e(e)

C) (1) Count III: Not Showing and/or ReView all Camra's to Investigate the true facts for what these officers actions for Assaulted me and Sexual Abuse by them

(2) Supporting Facts: Damages and §1983
B. Punitive Damages
Smith V. Wade, 461(1983)

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: __________

Defendants: __________

b) Name of court and docket number __________

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __________

d) Issues raised __________

e) Approximate date of filing lawsuit ______________________

f) Approximate date of disposition ______________________

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

when i complain about my issue on an inmates /or Officers to do there Job to Correct that person Behaviors cause H.C.F thinks it's OK for that person to do it, and fail to protect me Cause I'm a Sex offender.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Officers need to be retrain as a Guard: Someone is Carefully looking for possible Danger, threats, problems, etc to fix the inmates and officers behaviors, so i can feel Safe and be protected or being on Protective Custody from other inmates

______________________ Signature of Attorney (if any)

David J. Davis
Signature of Plaintiff

______________________

______________________

______________________
(Attorney's full address and telephone number)