IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID JOHN DAVIS,

    **Plaintiff,**

    v.                                      CASE NO. 22-3153-SAC

DAN SCHNURR, et al.,

    **Defendants.**

## O R D E R

Plaintiff brings this *pro se* civil rights action under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed *in forma pauperis*. On August 3, 2022, the Court entered a Memorandum and Order to Show Cause (Doc. 5) ("MOSC") granting Plaintiff an opportunity to show good cause why his Complaint should not be dismissed for the reasons set forth in the MOSC or to file an amended complaint to cure the deficiencies. On August 15, 2022, Plaintiff filed a Response (Doc. 7) and an Amended Complaint (Doc. 6). The Court then ordered the service of Defendants (Doc. 10) and ordered the KDOC to file a *Martinez* Report (Doc. 9). The *Martinez* Report is not yet due. This matter is before the Court on Plaintiff's Motion to Amend Complaint (Doc. 12).

Plaintiff seeks to amend his Amended Complaint by adding claims and defendants. Federal Rule of Civil Procedure 15 provides that "[a] party may amend its pleading once as a matter of course" and "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(1) and (2). Because Plaintiff has already filed an Amended Complaint, he must seek leave of court to file a second amended complaint. The Court's Local Rules provide that "[a] party filing a motion to amend or a motion for leave to file a pleading or other document that may not be filed as a matter of right must: . . .

(2) attach the proposed pleading or other document. . ." D. Kan. Rule 15.1(a)(2).  Plaintiff has failed to attach his proposed second amended complaint to his motion.  Therefore, the Court will deny his motion for leave to file an amended complaint without prejudice to refiling the motion with his proposed second amended complaint attached.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion for Leave to Amend Complaint (Doc. 12) is **denied without prejudice.**

**IT IS SO ORDERED**.

Dated October 18, 2022, in Topeka, Kansas.

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**