## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAVID JOHN DAVIS, #93293** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case. No. 22-3153-JWL-JPO |
| **DAN SCHNURR,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) ) |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

### KDOC Defendants

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

| | |
|---|---|
| Christopher Hoffman | Bradley Strange |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| James Beardsley | Dusty Michels |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |

### Non-KDOC Defendants

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

| | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |

1

Case 5:22-cv-03153-JWL-JPO   Document 14   Filed 10/21/22   Page 2 of 2

_____ _____
Name of party not represented by AG    Name of party not represented by AG

## Concluding Remarks

Pursuant to the Prison Litigation Reform Act and the Memorandum of Understanding for the Pilot Program for E-Service, the Martinez Report shall be due sixty (60) days from the date of this waiver and upon the filing of that report, the Court will screen Plaintiff's Complaint and will enter an order setting an answer deadline if the Complaint survives screening.

10/21/2022                                                                s/Dennis D. Depew
Date                                                                          Signature of Deputy Attorney General