Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID J. DAVIS #93293 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-3153-SAC |
| ) | |
| OFFICER BEARDSLEY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION TO FILE UNDER SEAL AND CONVENTIONALLY EXHIBIT 14 AND FILE UNDER SEAL EXHIBITS 13, 15 AND 16 TO INVESTIGATIVE REPORT PREPARED PURSUANT TO "MARTINEZ V. AARON"**

Comes now, Jon D. Graves, Legal Counsel directed to prepare a Martinez Report in the above captioned matter and respectfully moves the Court pursuant to local rule 5.4.6 for permission to file certain exhibits under seal and conventionally to be considered as a part of the Martinez Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.6 counsel must file a motion for leave to file documents under seal or conventionally in the Electronic Filing System.

2. The document sought to be filed conventionally is Exhibit 14. The documents sought to be filed under seal are Exhibit 13, Exhibit 15 and Exhibit 16.

3. The digital volume of Exhibit 14 is security video of the incident about which plaintiff complains. Plaintiff will be allowed to view, but not possess the CD for security reasons.

4. One document sought to be filed under seal is Exhibit 13. Exhibit 13 is the Prison Rape Elimination Act Investigative Report HCF-PR-22-8. This report is filed under seal and should not be made available to the public, but will be provided to plaintiff on paper.

7. Another exhibit sought to be filed under seal is Exhibit 15. Exhibit 15 is Internal Management Policy and Procedure 12-111A, which involves use of force policies and cannot be viewed by inmates or by the general public. For security reasons plaintiff cannot view or possess this policy.

8. Exhibit 16 is the plaintiff's medical record from April 1, 2022 to April 30, 2022. Plaintiff will be provided a paper copy of Exhibit 16, but due to the number of redactions necessary to the full record it is not feasible for counsel directed to prepare this Martinez Report to hand redact each page. This justifies sealing the full medical record from viewing by those other than the parties or their attorneys.

The Court is respectfully requested to allow Legal Counsel to file Exhibit 14 conventionally, to file Exhibit 13 under seal with copy provided to plaintiff, to file

Exhibit 15 under seal and to direct that plaintiff will not be allowed to possess or view the use of force policy identified as Exhibit 15 and to file Exhibit 16 under seal with copy provided to plaintiff.

Respectfully submitted,

By___/s/ Jon D. Graves_____

Jon D. Graves #10554
P.O. Box 1568
Hutchinson, KS 67504-1568
(620) 625-7253
Jon.Graves@ks.gov
**Attorney for Interested Party**

# CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

David Davis #93293
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042
**PLAINTIFF PRO SE**

/s/ Jon D. Graves_____
Jon D. Graves