# AFFIDAVIT

**State of Kansas**      )
                         )   ss:
**County of Reno**       )

    I, Christopher Hoffman, at all times relevant hereto was a Correction Officer IA at the Hutchinson Correctional Facility (HCF), for the Kansas Department of Corrections (KDOC), being duly sworn according to law upon my oath, do hereby depose and state as follows:

1. My name is Christopher Hoffman and I was a Correction Officer IA at the Hutchinson Correctional Facility (HCF), located in Hutchinson, Kansas. I have been employed by the State of Kansas Department of Corrections previously, most recently since July 25, 2021. I am now a Facility Maintenance Supervisor.

2. On April 5, 2022, Master Sergeant Rebecca Smith asked me, James Beardsley and Dusty Michels to accompany her to A3 cellhouse to escort inmate David Davis KDOC #93293 (plaintiff) to the A1 cellhouse restrictive housing unit.

3. Officer Beardsley and I walked plaintiff to A1 cellhouse. The movement between cellhouses was uneventful, although plaintiff resisted by pushing on us as he walked and he complained about being moved.

4. Plaintiff was moved into cell A1-148 and put on the bed. He had indicated he wasn't going to cooperate by removing his clothes. He also spoke about hurting himself, which is why the clothing was to be removed. I helped cut off plaintiff's clothing, part of his shirt, I believe. I didn't see anyone touch plaintiff's buttocks or genitals during this process nor did

EXHIBIT 4

plaintiff say anything about it, although officer Strange did say he had accidentally touched one of plaintiff's butt cheeks while he was cutting off his clothing.

5. During this process no strikes, blows or other uses of force occurred, other than holding plaintiff down while his clothes were cut off. Plaintiff was thrashing around somewhat during that process and did kick officer Michels as we were finishing.

6. Plaintiff was not injured in any way during this movement to the best of my knowledge.

7. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

_____
Christopher Hoffman

Subscribed and sworn to before me this _____ day of _____, 2023.

NOTARY PUBLIC - State of Kansas
RHONDA K. SEVERIN
My Appt. Exp. 11-18-2026

_____
Notary Public