# AFFIDAVIT

State of Kansas          )
                         )     ss:
County of Reno           )


I, James Beardsley II, Correction Officer II at the Hutchinson Correctional

Facility (HCF),  for the Kansas Department of Corrections (KDOC), being duly

sworn according to law upon my oath, do hereby depose and state as follows:

1.     My name is James Beardsley II and I am a Correction Officer II
       at the Hutchinson Correctional Facility (HCF), located in
       Hutchinson, Kansas.  I have been employed by the State of
       Kansas Department of Corrections in various capacities since
       2018.

2.     On April 5, 2022, Master Sergeant Rebecca Smith asked me,
       Christopher Hoffman and Dusty Michels to accompany her to
       A3 cellhouse to escort inmate David Davis KDOC #93293
       (plaintiff) to the A1 cellhouse restrictive housing unit.

3.     I believe I handcuffed plaintiff, but I know I pat searched him
       when we got to the entryway of A1 cellhouse.  The movement
       between cellhouses was uneventful, although plaintiff started
       resisting a little by pushing on us as he walked.

4.     Plaintiff was moved to cell A1-148  and put inside on the bed.
       He had indicated he wasn't going to cooperate by removing his
       clothes.  He also spoke about hurting himself, which is why the
       clothing was to be removed.  Plaintiff's clothing was cut off by
       other staff.  I didn't see anyone touch plaintiff's buttocks or
       genitals during this process nor did he say anything about it.

EXHIBIT 5

5.    My only contact with plaintiff in cell A1-148 was to restrain one arm while the handcuffs and his clothing was cut off. There was no other force used on plaintiff. I didn't strike or otherwise touch plaintiff. He did briefly grab my foot during that time. I don't remember having any conversation with plaintiff. When we were finished we exited the cell. Plaintiff did kick at staff as we left.

6.    Plaintiff was not injured in any way during this movement. If he was injured plaintiff could have reported such injuries. He would have access to immediate treatment if any was required.

7.    Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

_____ Sgt.
James Beardsley II

Subscribed and sworn to before me this _13_ day of _JAN_, 2023.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
RHONDA K. SEVERIN
My Appt. Exp. 11-18-2026