# AFFIDAVIT

**State of Kansas**      )
                         )   ss:
**County of Reno**       )


I, Bradley Strange, Correction Officer IB at the Hutchinson Correctional Facility (HCF), for the Kansas Department of Corrections (KDOC), being duly sworn according to law upon my oath, do hereby depose and state as follows:

1. My name is Bradley Strange and I am a Correction Officer IB at the Hutchinson Correctional Facility (HCF), located in Hutchinson, Kansas. I have been employed by the State of Kansas Department of Corrections in various capacities since March 8, 2021

2. On April 5, 2022, I was working in A1 cellhouse and became aware that inmate David Davis KDOC #93293 (plaintiff) was being moved to the A1 cellhouse restrictive housing unit.

3. I got cell A1-148 ready to go by removing everything from the cell including the mattress.

4. As plaintiff was moved into cell A1-148 I learned that his clothing was to be cut off since he had indicated he was going to hurt himself and wasn't going to cooperate by removing his clothes. I helped cut off plaintiff's clothing. This was the first time I had been asked to do this. I cut off part of his shirt, but failed to cut off the sleeves. Officer Christopher Hoffman finished that part, I believe. I then moved down to his pants and cut them off and cut off his underwear. In doing so I inadvertently touched plaintiff's buttock briefly with my elbow. I did not touch his genitals.

EXHIBIT 6

5. When I had finished cutting off plaintiff's clothing I backed out of the cell. I didn't see plaintiff kick anyone, but did see a movement back into the cell and understood that plaintiff did kick officer Michels.

6. Plaintiff was not, to the best of my knowledge, injured in any way during this movement. I didn't see anyone do anything that could have hurt plaintiff and he didn't yell out or complain about being hurt or about my touching his buttock.

7. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

_____
Bradley Strange

Subscribed and sworn to before me this 13 day of Jan, 2023.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
RHONDA K. SEVERIN
My Appt. Exp. 11-18-2026