# AFFIDAVIT

**State of Kansas** )
)  ss:
**County of Reno** )

I, Dusty Michels, a Correction Officer II at the Hutchinson Correctional Facility (HCF), for the Kansas Department of Corrections (KDOC), being duly sworn according to law upon my oath, do hereby depose and state as follows:

1. My name is Dusty Michels and I am a Correction Officer II at the Hutchinson Correctional Facility (HCF), located in Hutchinson, Kansas. I have been employed by the State of Kansas Department of Corrections since October 7, 2019.

2. On April 5, 2022, Master Sergeant Rebecca Smith asked me, Christopher Hoffman and James Beardsley to accompany her to A3 cellhouse to escort inmate David Davis KDOC #93293 (plaintiff) to the A1 cellhouse restrictive housing unit.

3. I believed I walked behind officers Hoffman and Beardsley as they escorted plaintiff to A1. I did see plaintiff leaning against officers and making threats of self-harm.

4. Plaintiff was moved to cell A1-148 and put facedown on the bed and he began resisting. He had indicated he wasn't going to cooperate by removing his clothes so they had to be cut off. Officers Hoffman and Strange assisted in cutting off the clothing. Strange and Hoffman both participated in removing the shirt and Strange cut off plaintiff's pants and underwear.

5. Officer Beardsley restrain one arm while the handcuffs were removed and his clothing was cut off. There was no other force used on plaintiff except that his legs were kept crossed by me to

EXHIBIT 8

minimize plaintiff's movement. I didn't strike or otherwise touch plaintiff. Plaintiff did kick me as we left the cell so I issued him a disciplinary report for doing so.

6. Plaintiff was not injured in any way during this movement.

7. Any actions I took or did not take regarding plaintiff were performed within the scope of the duties of my position of employment with the State of Kansas and not in any personal or non-business capacity

FURTHER AFFIANT SAITH NOT!

_____
Dusty Michels

Subscribed and sworn to before me this ___ day of January, 2023.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
RHONDA K. SEVERIN
My Appt. Exp. 11-18-2026