**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**DAVID JOHN DAVIS,**

        **Plaintiff,**

        **v.**                          **CASE NO.  22-3153-JWL**

**DAN SCHNURR, et al.,**

        **Defendants.**

**O R D E R**

This matter comes before the Court on the motion of Interested Party Jon Graves, Legal Counsel, Kansas Department of Corrections ("KDOC"), to file Exhibit 14 conventionally and under seal and to file Exhibits 13, 15, and 16 of the investigative report prepared pursuant to *Martinez v. Aaron* under seal (Doc. 17).

The Court, having considered the same and having concluded good cause exists for the request, hereby orders that counsel's motion be, and is hereby, granted, so that Exhibit 14, a digital physical copy of which was provided to the Court and pursuant to Local Rule 5.4.6, is filed conventionally and under seal.  Exhibits 13, 15, and 16 are filed under seal.

**IT IS THEREFORE ORDERED** that KDOC's Motion to File under Seal and Conventionally Exhibit 14 and File under Seal Exhibits 13, 15, and 16 to *Martinez* Report (Doc. 17) is **granted**.  The clerk is directed to grant all attorneys entered in the case access to these documents, except that Plaintiff shall not be permitted to possess or view the policy identified as Exhibit 15.  Any attorney who obtains access to the policy shall not provide the policy or any part of it to Plaintiff without authorization of the Court.

**IT IS SO ORDERED.**

DATED:  This 20th day of January, 2023, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE