IN THE U.S. DISTRICT COURT
DISTRICT OF KANSAS

DAVID DAVIS )
    Petitioner )
v )
  )  Case no. 5:22-cv-03153-JWL
OFFICER BEARDSLEY )
DAN SCHNURR et el )
    Respondent(s) )

Motion for extension of time (Pursuant to Fed.R.Civ.P.6(B) and D.Kan. Rule 114)

COMES NOW David Davis Petitioner Pro se hereby moves the District Court to extend my time for the following reasons below

1) Petitioner has been Diesel therapyed i was moved from Hutchinson Correctional facility, El-Dorado Correctional facility and Lansing Correctional facility

2) the Petitioner is an Indigent Prisoner with no legal training a factor that supports the appointment of counsel forbes v edgar 112, F3d 262, 264 (7th cir 1997)

3) Petitioner is confined to segregation with very limited access to legal materials Rayes v Johnson 969 F.2d 700, 703-04 (8th cir 1992) "citing lack for ready access to a law library as a factor supporting appointment of counsel

4) Respondents have a lawyer with superior knowledge of the law which puts Petitioner at a disadvantage

5) Petitioner's 8th amendment rights and 14th amendment rights have been violated

6) Petitioner's case is complex with lack of help Petitioner request extension of time to file summons of respondents and prepare his case

7) Petitioner has a mental disorder which limits his ability in captioned case

8) Petitioner has exhausted all administrative remedies and filed 42. U.S.C. 1983 / Martinez Report

9) Petitioner has had no oppurtunity to access E-FILE System and am Just able to respond to this HONORABLE COURTS "Noblely" i request "empassis omitted in motion" to grant Extension of time

10) Stuart Grasian MD PHYCHO Pathological effects of Solitary Confinement 140 AMJ Phychiatry 11 (1983) Effects of Sensory deprivation In Phychiatric Seclusion and Solitary Confinement 8 INT'L of law and Phychiatry 49 (1986) "is used to Show the effects of abuse by Prison Personell and Segergation effects for long term Segergation"

Petitioner Claims that result of dismissal of Captioned case

11) Conspirecy to interfere with Civil Rights & Irreparable Injury

12) (8th amendment) Benefield V McDowall 271 F.3d 1267, 1272 ("Cite States" Phychological harm is actionable under 8th amendment")

# CERTIFICATE OF SERVICE

I hereby certify that on MARCH, 22, 2023 i electronically filed the foregoing with the Clerk of the Court useing -E File System which will send a notice of electronic filing to following parties below

Clerk of District Court

Dan Schnurr et al

lawyer KDoc

X David Davis  3/23/2023
Petitioner Signature   Date