IN THE UNITED STATES
DISTRICT DISTRICT OF KANSAS

DAVID DAVIS )
                Petitioner )
V             )
              )           Case No. 5:22-CV-03153-JWL
              )
              )
OFFICER BEARDSLEY )
DAN SCHNURR et al )
              Respondent )

## MOTION FOR DISCOVERY

COMES NOW, David Davis respectfully request this honorable Courts to issue a court order to make Respondent(s) produce evidence for reasons set forth below

1) Petitioner request North 100 going downstairs from officer station going to rotunda

2) Petitioner request rotunda camera from A3 to A1 camera

3) Petitioner request A1 Cell house Camera in and around officers station

4) Petitioner request A1 Cellhouse MRA Camera it had Camera and Microphone

5) Petitioner(s) Respondent(s) Statements are Cohorced and evidence is being Suppressed and there not being transparent

6) Petitioner states 4/5/2023 at 5:19 at 16-54-15 beardley had black gloves on and hoffman had Same gloves on

7) Petitioner states 16-57-28 CO Beardsley is seen here wiping his glove off when he exite the room black I was going on crisis

8) Came back to A1-118 1700-18 MS hertel is walk seen walking to talk to me to tell me to keep quiet if i want to get transfered

# CERTIFICATE of SERVICE

I David Davis herby certify on April 10th 2023 i electronically filed the foregoing with the Clerk of Court using E-FILE System which will send a notice of electronic filing to following Parties below

Clerk of District Court

Dan Schnurr et al

lawyer K Doe

X David Davis    4/10/23
Petitioner Signature    Date