(p.1)

Case #22-3153-SAC

John W Lungstrum

Dear, Judge ~~Crabtree~~

I'm writing to you with help by other people cause of my Mental illness, when i'm Classified as Mildly Mentally Retardation Range in the State of Kansas, and this Complaint Should not be dismissed, Cause of Lack of Education.

I have complain multiple of times to the Unit Team, and the Officers who don't like to do paperwork if the inmate Violation of the KDOC Rule Book and do their work as a "Guard" and Correct that ~~an~~ inmates Behavior, and inmates with Sex Cases they don't get no protection and allowing inmates to, "intimidate, Assault, Terrorized, and Discrimmination", Cause they want us to pay them if we are going to Stay in General Population, like inmate Collins #99591 when i was in A3 with him when he heard about my Release Date April 1st 2022 on or after was Granted, and this what got started.

On April 5th 2022, in A3 CellHouse on Tues For Yard/ Showers inmate Collins #99591 in A3 in his cell Calling me "chomo", "Child Molesting piece of Shit and you need to die", i Complain to the officers

(Con p.s. 2)

(Pg 2)

(con pg 1) in $A^3$ about inmate Collins #99591 actions, when Officer Cunningham went to his cell to escorting him to Yard/and Showers, When coming back from showers Officer Cunningham was escorting Collins again not Officer Wenzel, I told Co Cunningham to call Mental Health and Unit Team about this issue, failure to protect.

When mental health came to my cell $A^3$ 106, i told him about my issue with Collins for what he said to me, and Collins was hearing this about getting me moved to the other side of A3 close to the officers station. When mental health Left my cell to talk to Unit Team to see if i can get moved, so i was laying down saying nothing to inmate Collins #99591. he told Co Wenzel, "I'm gonna rape his daughter," Cause other inmates who i talk to knows I don't say that. When Collins got done telling Co Wenzel around/and or after 11:35am, Officer Beardsley was infront of cell $A^3$ 106 with no hat on and CO/SST Michels was in the back or side of Co Beardsley, when cuffing me up when reviewing the Camrea's will show you the layout when i was being escorted by Co Beardsley $A^3$ 106 still in Camrea View going to the Rotonda going down the stairs to

(Con. pg 3)

(pg 3)

(Con pg 2)

A' cell House near the Officers Stations still Camreas View layout never Change, before going to A'148 Cell, I stated Noone else, I said, "I was going to hurt myself," Co Beardsley, Co Hoffman, Co Strange said to OIC R. Smith they need Cuters to cut the Cloths when escorting me to A'148 cell See Camrea inside Cell who was going in @ first Officer Beardsley hit me going in Once, and it was Not Co Michels who was escorting me, then it's #2 Officer Hoffman, #3 Officer Strange, then #4 Officer Michels with No Camrea in hand when Cutting Cloths off, and then Officer Michels told Co Beardsley about my left hand on his Boot then he hit the 2nd time harder to knock me out on the Concrete/or Cement Bed, only thing i remember or hearing saying, "you should not rape or touch that girl, you child molester," when Co Hoffman, Co Strange, and Co Beardsley left the cell, Co Michels only one in the room, still No Camrea allowing 3 of his Officers Violent Sexual Assaulted me and fear for my life on what's going to happen next, so i had to defend myself/and or protect for what these Officers did to me.

(Con pg 4)

(Pg 4)

(Con pg 3)

    To let you know i'm not doing this on my own Cause of lack of education and needed Assistance on writing this Cause of my Mildly Mentally Retardation Range for what i'm Classified in the State of Kansas, and this Complaint should not be dismissed.

    When Officer Beardsley hit my 1st and 2nd time i had my glasses on while escorting, when going to Cell A1148 Co Beardsley hit my glass and broken them, remember I was going to hurt my self, means Cutting off Cloths, taking my glass and everything else, When All 4 officers was leaving they all forgot the Broken glass what Co Beardsley did, i have proof it's on my arms and Blood all over my arms and broken the KDOC Policy when someone is going on Crisis Level to be watch with Camrea inside the Cell 24/7, with nothing including glasses.

    You will see Judge Sam A. Crow, Cause they lied once and they will lie again, Cause Reviewing all the Camrea's they will not lie, Cause the Layout never Change, Officer Beardsley had Carben fiber glove on when escorting me.

(Con pg 5)

(pg 5)
(con pg 4)

    Please, i'm asking this Complaint should not be dismissed, Cause of Mental illness and having inmates Assistance on this matter to go forward, Cause these 4 officers need to take Full Responsibility on there action for there KDOC Rules for Staff/officers for we are not allowed like: [02-125D - Conditions of Employment/Fitness for Duty 03-28-18], [10-139D Screening for Sexual Victimization and Abusiveness 10-16-19], [02-124D Sexual Harassment 09-15-15]

    After the assault, i have been having Nightmares and Terrorized by these 4 officers and will not stop, and fear for my life, and my mother is worrie about my Safety and my Health and Mental Health needs, Cause what these 4 officers did to me and scared to go to the Showers Cause there's No Camrea's, However i may not recover from Mental or emotional for what they did to me, and the damages already been made, by them.

    I will and my family continue to pray on these matters i bring forth the Facts to you and i hope you can and will address them fairly and accordingly, and doing the best i can with this Complaint. God Bless

                    Sincerely,
                      David J. Dewis

Written on: Aug 10th 2022