IN THE UNITED STATES
DISTRICT COURT OF KANSAS

DAVID DAVIS )
    Petitioner(s) )
V )
)
) Case No. 5:22 CV 03153
)
)
OFFICER BEARDSLEY )
DAN SCHNURR et al )
    Respondent(s) )

## MOTION REQUEST FOR COURT INVESTIGATOR

COMES NOW David Davis represents himself pro se and respectfully asks this honorable Courts to order my Motion for request for Court investigator for reasons set below:

1) Petitioner has limited ability to properly investigate or order Hutchinson Correctional facility to hand over all camera footage that was held from the Courts

2) Petitioner may not be legaly uptodate on law but a person that knows nothing about Purjury can tell that EAI and staff involved all Cohereed Statements and should not have been taken as true facts

3) Petitioner has exhausted adminstrative Remedies but Hcf has refused to follow (PLRA) Prison litigation Reform act and topeka Secretary of Corrections has not a clue to what is going on in his facilities

4) Petitioner States Claims for Conspiracy to intefere with civil rights due to (Hcf) being grandfathered in they (courts) seem to try to Protect (Hcf) for anything illigal that goes on

5) Petitioner attaches 911 attempted exhausted administrative remedies before i was a victim of Deasel therapy

6) Petitioner attaches Exhibit A.B.C

7) Petitioner has attached Summans, Show of good Cause, exhaustion of administrative remedies attempts

8) Petitioner attaches Exhibit A abuse of Authority case law to add to Motion tlef use(s) to abuse Authority