IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID JOHN DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case. No. 22-3153-JWL ) |
| DAN SCHNURR, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS FOR DISCOVERY AND FOR COURT INVESTIGATOR

Defendants Christopher Hoffman, Dusty Michels, Bradley Strange, and James Beardsley ("Defendants") submit this response, through Assistant Attorney General Matthew L. Shoger, in opposition to Plaintiff David John Davis's motions titled Motion for Discovery (Doc. 34) and Motion Request for Court Investigator (Doc. 36). Defendants respectfully request that these motions be denied and state the following in support.

**I.  Davis's motions are improper because discovery by Davis has been stayed by order of this Court.**

Davis's motions violate this Court's Memorandum and Order from September 21, 2022 (Doc. 9 at 3): "Discovery by Plaintiff shall not commence until Plaintiff has received and reviewed Defendant's answer or response to the Complaint and the [*Martinez*] report ordered herein." Davis's motions are discovery motions, and this Court's previous order clearly stated discovery may not commence until Davis receives Defendants' answer or response to the Complaint, which would occur after the screening process. (Doc. 10 at 1.) Until then, motions for discovery such as the current ones are improper and should be dismissed.

**II.     Davis's requested discovery of surveillance videos is also moot with regard to any videos filed with this Court because Davis already has the ongoing ability to view the videos.**

Davis requests discovery of surveillance videos. (Doc. 34 at ¶¶ 1-4[1]; Doc. 36 at ¶ 1[2].) But, as argued above, Davis cannot discover any additional videos at this time, and Davis already has access to the relevant videos filed with this Court. As stated by the Kansas Department of Corrections (KDOC) in its "Motion to File Under Seal and Conventionally Exhibit 14" and in the Martinez Report itself, "Plaintiff will be allowed to view, but not possess the CD for security reasons." (Doc. 17 at 2; Doc. 19 at 10.) KDOC arranged for Davis to view the videos on January 27, 2023, and this in fact occurred. This is verified by the attached affidavit completed by the unit team supervisor who supervised the viewing. (Exhibit 1 at 1.) This is also verified by Davis's own signature accepting the opportunity to review the surveillance video footage. (Exhibit 1 at 2.) Davis will be able to view the videos again upon written request. Therefore, Davis's request is moot with regard to any videos filed with this Court because he has viewed and has the ongoing ability to view the videos without needing a court order.

## CONCLUSION

For the reasons above, Defendants request that this Court enter an Order denying Davis's Motion for Discovery and Motion Request for Court Investigator, and for such other and further relief as this Court deems just and proper.

---

[1] The rest of Davis's Motion for Discovery makes statements rather than requests discovery.
[2] Paragraphs ¶¶ 2-8 of Davis's Motion Request for Court Investigator make statements rather than request discovery. The intro paragraph also requests an investigator.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

<u>/s/ Matthew L. Shoger</u>
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of April, 2022, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

Jon D. Graves
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504
jon.graves@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above will be served by means of first-class mail on the 26th day of April, 2023, postage prepaid, addressed to:

David John Davis #93293
Lansing Correctional Facility
P.O. Box 2
El Dorado, KS 66043
*Plaintiff, pro se*

                                            /s/ Matthew L. Shoger
                                            Matthew L. Shoger
                                            Assistant Attorney General