## SUPERVISED VIEWING AFFIDAVIT

I, __Brian Buchholz__, of lawful age and duly sworn on oath state as follows:

1. I am employed by the Kansas Department of Corrections ("KDOC") at:

    - [x] El Dorado Correctional Facility (EDCF)
    - [ ] Ellsworth Correctional Facility (ECF)
    - [ ] Hutchinson Correctional Facility (HCF)
    - [ ] Lansing Correctional Facility (LCF)
    - [ ] Larned Correctional Mental Health Facility (LCMHF)
    - [ ] Norton Correctional Facility (NCF)
    - [ ] Topeka Correctional Facility (TCF)
    - [ ] Winfield Correctional Facility (WCF)
    - [ ] Wichita Work Release Facility (WWRF)

    as a __UTS__
    _(title)_

2. __Davis, David__, # __93293__, viewed the video from __4-5-2022__ on __1-27-2023__ in __B-1 cellhouse UT office__
   _(resident name)_   _(resident #)_                         _(date of incident)_   _(date of viewing)_   _(location of viewing)_

   __Brian Buchholz__
   Printed Name

   __[signature]__
   Signature

State of __Kansas__
County of __Butler__

Signed and sworn to (or affirmed) before me on this __27__ day of __January__, 2023, by
_____

__J. Hoepner  UTM__
Notary Public

My commission expires:
__8/26/25__

NOTARY PUBLIC - State of Kansas
JEREMY HOEPNER
My Appt Expires __8/26/25__

Exhibit 1

# KANSAS DEPARTMENT OF CORRECTIONS
## RESIDENT ACKNOWLEDGMENT OF VIDEO REVIEW FORM

**SECTION A:** This section is to be filled out by staff supervising the review of surveillance video footage:

Staff Name, ID Number: _Brien Buchholz_  Date: _1-27-2023_

Resident Name, KDOC Number: _David Davis #93293_

**SECTION B: Resident Acknowledgment:**

I accept the opportunity to review the surveillance video footage filed under seal in my federal court action.

Resident Signature: _David Davis_   Date: _____

Staff Signature: _[signature]_   Date: _1-27-2023_

**SECTION C:** To be filled out by Witnessing Staff if Resident refuses to sign Section B (please print):

Staff Name as Witness (please print): _____

Staff Signature as Witness: _____

Notes: _____